IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GAWKER MEDIA, LLC, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-00363 |
| ) | |
| DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

## ANSWER

Defendant, the United States Department of State, by and through its undersigned counsel, answers the numbered paragraphs of plaintiffs' Complaint as follows.  The unnumbered introductory paragraph of the Complaint contains plaintiffs' characterization of this action to which no response is required.  To the extent a response to that paragraph is deemed required, the allegations are denied.

## FIRST DEFENSE

The Complaint failed to state a claim upon which relief can be granted.

In answer to the individually numbered paragraphs of the Complaint, defendant states as follows:

1. This paragraph contains plaintiffs' statement of the jurisdictional basis for this action, to which no response is required.

2. This paragraph contains plaintiffs' statement of the venue for this action, to which no response is required.

3. Defendant is without knowledge or information sufficient to form a belief as to

the truth of the allegations in this paragraph.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

5. This paragraph contains conclusions of law to which no answer is required, but insofar as one is deemed required, denied, except to admit that the State Department is an agency of the federal government.

6. Defendant admits that plaintiff published the story described in this paragraph and respectfully refers the Court to that story for a complete and accurate statement of its contents. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the third sentence of this paragraph; those allegations also do not set forth a claim for relief or aver facts in support of a claim to which a response is required.

7. Defendant admits that the *New York Times* published the story described in this paragraph regarding Secretary Clinton's email account, and the Court is respectfully referred to that article for a complete and accurate statement of its contents.

8. Defendant admits that plaintiff published the stories described in this paragraph, and the Court is respectfully referred to those stories for a complete and accurate statement of their contents.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the fourth sentence and fifth sentences in this paragraph.

9. Defendant admits that plaintiff published the story described in this paragraph, and the Court is respectfully referred to that article for a complete and accurate statement of its contents.

10. Defendant admits that former Secretary Clinton gave public remarks and answered questions regarding her use of a non-governmental email address while serving as

Secretary of State, and that aides to Secretary Clinton released a 9-page statement. Defendant respectfully refers the Court to that statement, as well as to the Politico story cited at the end of this paragraph, for a complete and accurate statement of their contents.

11. Defendant is without knowledge or information sufficient to form a belief as to the allegations in the first sentence of this paragraph. The allegations in the second sentence do not set forth a claim for relief or aver facts in support of a claim to which an answer is required. To the extent that an answer is deemed required, admit the existence of Form OF-0109, which has been replaced with Form DS-0109, and respectfully refer the Court to that document for a complete and accurate statement of its contents. The allegations in the third sentence do not set forth a claim for relief or aver facts in support of a claim to which a response is required.

12. The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required. To the extent that a response is required, defendant denies the allegations.

13. Admit that John Cook and Gawker Media submitted a FOIA request to the State Department by letter dated September 24, 2012. Defendant respectfully refers the Court to that request for a complete and accurate statement of its contents.

14. Admit that defendant acknowledged receipt of the September 24, 2012 FOIA request, but aver that this acknowledgment was by letter dated September 27, 2012, not July 16, 2013, as plaintiffs aver. Further admit that, by letter dated September 27, 2012, State assigned plaintiffs' request tracking number F-2012-36691. Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents. Defendant further avers that, on July 16, 2013, it sent a second letter to plaintiffs informing them that searches had been completed for the Executive Secretariat and the Bureau of Public Affairs, and that no responsive records were

located. Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

15. Admit that Gawker Media submitted an appeal to the Appeals Review Panel by letter dated August 8, 2013. Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

16. Admit that defendant notified Gawker Media and Mr. Cook that it was remanding the FOIA request, but aver that this notification was by letter dated August 19, 2014, not March 5, 2014, as plaintiff avers. Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

17. Paragraph 17 consists of plaintiffs' legal conclusions, to which no response is required. To the extent that a response is deemed required, deny.

18. Paragraph 18 consists of plaintiffs' legal conclusions, to which no response is required. To the extent that a response is deemed required, deny.

The remaining numbered paragraphs following the word WHEREFORE set forth plaintiffs' prayer for relief to which no answer is required, but insofar as an answer is required, defendant denies that plaintiffs are entitled to the relief requested or to any relief at all.

Defendant hereby denies all allegations of the Complaint not otherwise specifically admitted above.

Wherefore, having fully answered, defendant respectfully requests that the Court enter judgment dismissing the Complaint with prejudice, and awarding defendant its costs and attorney's fees and such other relief as the Court deems just and proper.

    Respectfully submitted,

    BENJAMIN C. MIZER
    Principal Deputy Assistant Attorney General

|  |  |
|---|---|
|  | VINCENT H. COHEN, JR.<br>Acting United States Attorney |
|  | MARCIA BERMAN<br>Assistant Director |
|  | **/s/ Lisa A. Olson**<br>LISA A. OLSON<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>20 Mass. Ave., N.W., Room 7300<br>Washington, D.C. 20530<br>Telephone: (202) 514-5633<br>Telefacsimile: (202) 616-8470<br>E-mail: lisa.olson@usdoj.gov |
| Dated: June 8, 2015 | Counsel for Defendant |