**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GAWKER MEDIA, LLC, <u>et al.</u>, | * |
| Plaintiffs, | * |
| v. | * Civil Action No. 15-363 (KBJ) |
| DEPARTMENT OF STATE | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF RELATED DISTRICT COURT ACTIONS

NOW COME the Plaintiffs, Gawker Media, LLC and John Cook ("hereinafter referred to jointly as "Gawker"), by and through the undersigned, to respectfully provide Notice to this Court of events that have transpired in separate U.S. District Court cases that are relevant to the present case. Gawker is providing this information for the purpose of ensuring this Court is fully aware of the breadth of actions taken in those other cases in anticipation of the scheduled Status Conference on September 8, 2015.

There appear to be at least four other U.S. District court cases currently ongoing against the Department of State ("State") which, like the present case, implicate the decision by former Secretary of State Hillary Clinton ("Secretary Clinton") and some of her aides – including former Deputy Assistant Secretary of State Philippe Reines ("Mr. Reines") – to use private e-mail accounts for conducting U.S. Government business. Gawker has identified each of those cases below for this Court's reference, including relevant information regarding the actions authorized by the presiding judges.

- <u>Leopold v. Dep't of State</u>, Civil Action No. 15-123 (D.D.C.)(RC)
    - Judge Rudolph Contreras ("Judge Contreras") issued a Minute Order, dated May 27, 2015, requiring State to process by January 29, 2016, the approximately 55,000 pages of e-mails provided to State by Secretary Clinton. Specifically, Judge Contreras ordered State to process and release

responsive records via monthly rolling productions, beginning on June 30, 2015. http://images.politico.com/global/2015/05/27/hillaryemailorder.pdf (last accessed August 17, 2015).

- Associated Press v. Dep't of State, Civil Action No. 15-345 (D.D.C.)(RL)
    - State has already provided a sworn declaration from State's FOIA chief John F. Hackett and at least one hearing has already been convened discussing the adequacy of State's actions. http://www.foxnews.com/politics/2015/07/30/judge-scolds-state-department-official-for-slow-response-to-records-request/ (last accessed August 17, 2015).

- Judicial Watch, Inc., v. Dep't of State, Civil Action No. 13-1363 (D.D.C.)(EGS)
    - Judge Emmet Sullivan ("Judge Sullivan") ordered State to request sworn statements from Secretary Clinton, former Deputy Secretary of State Cheryl Mills ("Ms. Mills"), and former Deputy Chief of Staff Huma Abedin ("Ms. Abedin") confirming, under penalty of perjury, that they have produced all responsive information that was or is in their possession as a result of their employment at State, as well as describe the extent to which Ms. Mills and Ms. Abedin used Secretary Clinton's private e-mail server to conduct U.S. Government business. http://www.politico.com//blogs/under-the-radar/2015/08/judge-wants-clinton-to-certify-shes-turned-over-some-211652.html (last accessed August 17, 2015)
    - On August 10, 2015, a sworn declaration signed by Secretary Clinton, and dated August 8, 2015, was filed on the public record. The declaration indicated that Secretary Clinton had ordered that all e-mails on her private e-mail server that were in her custody and either were or potentially could be federal records be provided to State. Secretary Clinton confirmed that Ms. Abedin had an e-mail account on the private e-mail server which was used "at times" for U.S. Government business and separately confirmed

> that Ms. Mills did not have any such account. https://www.judicialwatch.org/wp-content/uploads/2015/08/08-10-15-JW-v-State-Hillary-Declaration-01363.pdf (last accessed August 17, 2015)
>
> o Neither Ms. Abedin nor Ms. Mills have provided similar declarations as of the date of this filing. However, both of them have confirmed through their attorneys that they will comply with a preservation order issued by Judge Sullivan and have agreed to preserve any work-related documents in their possession. http://www.northwestgeorgianews.com/associated_press/news/national/clinton-aides-agree-to-preserve-emails-after-judge-s-order/article_713b5222-41f2-11e5-b14d-33929c02f0d4.html (last accessed August 17, 2015).
>
> o A hearing was convened today, August 20, 2015, in which Judge Sullivan rejected arguments made by Government counsel that FOIA normally does not permit for searches of government officials' private accounts, noting that he viewed the situation as unusual because "there was a violation of government policy." http://www.politico.com/story/2015/08/judge-says-hillary-clintons-private-emails-violated-policy-121568.html?hp=t2_r (last accessed August 20, 2015).

- <u>Veterans for a Strong America, et al. v. Dep't of State</u>, Civil Action No. 15-464 (D.D.C.)(RMC)[1]
    - o By way of a Minute Order dated June 30, 2015, Judge Rosemary Collyer ordered four rolling productions of records responsive to a request for copies of e-mails, phone logs and transcripts of phone calls sent and/or received by Secretary Clinton during a 24 hour time period surrounding the Benghazi attacks. The rolling production of responsive records is set to

---

[1] In the interest of full disclosure, the undersigned serve as counsel for the plaintiffs in this particular litigation as well.

    conclude by December 11, 2015.

  o The first production of responsive records occurred on August 7, 2015. State notified the plaintiffs that three responsive records had been processed and were being withheld in their entirety as classified. http://www.veteransforastrongamerica.org/2015/08/19/hillarys-benghazi-emails-classified/ (last accessed August 20, 2015).

 State's protests notwithstanding, see Joint Status Report at *6 (Dkt. #13)("Status Report"), it has already been forced to provide a sworn declaration from its own FOIA office in one of the above-identified proceedings and filed a requested sworn declaration from Secretary Clinton as well. Judge Sullivan even felt it necessary to issue an Order directing State to request that Secretary Clinton, Ms. Abedin and Ms. Mills preserve their records.

 We respectfully request that this Court take judicial notice of the actions taken in these separate cases when considering Gawker's continued requests for sworn declarations, as outlined in the August 3, 2015, Status Report. See Status Report at *2.

Date: August 20, 2015

            Respectfully submitted,

             /s/
            _____
            Bradley P. Moss, Esq.
            D.C. Bar #975905
            Mark S. Zaid, Esq.
            D.C. Bar #440532
            Mark S. Zaid, P.C.
            1250 Connecticut Avenue, N.W.
            Suite 200
            Washington, D.C.  20036
            (202) 454-2809
            (202) 330-5610 fax
            brad@markzaid.com
            mark@markzaid.com

            ATTORNEYS FOR PLAINTIFFS