IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAWKER MEDIA, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-cv-00363 (KBJ) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT PROPOSING DATES FOR STATUS CONFERENCE**

Pursuant to the Court's September 14, 2015 Minute Order, the parties propose the following agreed upon dates for the status conference:

October 7, if completed before 3 P.M.;

October 22, 23, and 26-30, at any time.

Respectfully submitted,

FOR PLAINTIFFS:

**/s/ Bradley Moss**
BRADLEY P. MOSS
MARK S. ZAID
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
Telephone: (202) 454-2809
Telefacsimile: (202) 330-5610
E-mail: Brad@MarkZaid.com
　　　　Mark@MarkZaid.com
Counsel for Plaintiffs

FOR DEFENDANT:

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

VINCENT H. COHEN, JR.
Acting United States Attorney

MARCIA BERMAN
Assistant Director

**/s/ Lisa A. Olson**
LISA A. OLSON
STEPHEN M. ELLIOTT
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Mass. Ave., N.W., Room 7300
Washington, D.C. 20530
Telephone: (202) 514-5633
Telefacsimile: (202) 616-8470
E-mail: lisa.olson@usdoj.gov
         stephen.elliott@usdoj.gov
Counsel for Defendant

Date: Sept. 20, 2015