IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GAWKER MEDIA, LLC, *et al.*, ) ) Plaintiffs, ) ) v. ) ) DEPARTMENT OF STATE, ) ) Defendant. ) ) | Civil Action No. 15-00363-KBJ |

## JOINT STATUS REPORT

Plaintiff Gawker Media, LLC, *et al.* ("Plaintiffs") and Defendant United States Department of State ("State"), by and through undersigned counsel, respectfully submit the following Joint Status Report. This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and involves a request for e-mail communications between former Deputy Assistant Secretary of State Philippe Reines and representatives of certain news media outlets. This Joint Status Report will update the Court about State's efforts to complete the processing of all records responsive to Plaintiffs' FOIA request, as well as suggest how these proceedings should move forward.

1. State released the last of the non-exempt emails responsive to Plaintiffs' FOIA request on June 30, 2016. But as previously explained, State did not initially process attachments to many of the responsive emails. As agreed to by the parties, State made an interim release of non-exempt, responsive attachments on August 1, 2016, and a final release on September 12, 2016. For both the interim and final release, State also provided Plaintiffs a list

that identifies the corresponding responsive email for each attachment.  Accordingly, State has finished processing and releasing all non-exempt records responsive to Plaintiffs' FOIA request.

2. The parties propose that they file another joint status report within 21 days.  The additional time will allow Plaintiffs to determine the extent to which, if any, they intend to challenge State's withholding of certain information in the responsive materials.  Moreover, the parties will use the time to confer about a schedule for summary judgment briefs and other possible motions.  The parties, therefore, respectfully ask the Court for permission to file a joint status report on October 3, 2016, to recommend a schedule for the next phase of this litigation.

Date: September 12, 2016

Respectfully submitted,

FOR PLAINTIFFS:

*/s/ Bradley Moss*
BRADLEY P. MOSS
MARK S. ZAID
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
Tel: (202) 454-2809
Fax: (202) 330-5610
E-mail: Brad@MarkZaid.com
          Mark@MarkZaid.com


FOR DEFENDANT:

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave., N.W., Room 7318
Washington, D.C. 20530
Tel: (202) 305-8177
Fax: (202) 616-8470
E-mail: stephen.elliott@usdoj.gov