UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GAWKER MEDIA, LLC, et al.,

   Plaintiffs,

   v.                      Civil Action No. 15-363 (KBJ)

DEPARTMENT OF STATE

   Defendant.

## PLAINTIFFS' NOTICE OF CONCESSION

NOW COME the plaintiffs, Gawker Media, LLC, and John Cook, by and through undersigned counsel, to notify the Court that they hereby concede the Defendant's Motion for Summary Judgment, see Dkt. No. 41.

Date: August 5, 2017

Respectfully submitted,

/s/
_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for Plaintiffs