# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Plaintiff Gawker Media, LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. Department of State, ) <br> ) <br> Defendant. ) | Civil Action No. 15-cv-00363 (KBJ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Both parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice.

Agreed to this 23rd day of October 2017.


/s/ Bradley P. Moss
Bradley P. Moss
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 454-2809

*Attorney for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director

/s/ Stephen M. Elliott
Stephen M. Elliott
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-8177
Facsimile: (202) 616-8470
E-mail: stephen.elliott@usdoj.gov

*Attorneys for Defendant*